**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VPNETWORKS, LLC
D/B/A TORGUARD,

       Plaintiff,

vs.                              Case No: 6:19-cv-01179-ORL-40LRH

COLLECTIVE 7, INC., and TEFINCOM S.A.
D/B/A NORDVPN,

       Defendants.

_____/

**MOTION TO INCORPORATE DEFENDANT NORDVPN'S**
**MOTION AND PAYMENT FOR CHERYL PRIEST AINSWORTH'S**
**PRO HAC VICE ADMISSION FROM RELATED CASE**

Defendant, Tefincom S.A. d/b/a NordVPN ("NordVPN"), through the undersigned attorneys, hereby moves the Court for an Order incorporating into the instant case the Motion for Admission *Pro Hac Vice* of Cheryl Priest Ainsworth and $150.00 fee paid for same from the related/prior-filed and since dismissed litigation styled *Data Protection Services, LLC d/b/a TorGuard v. Collective 7, Inc., et al.,* Case No. 6:19-cv-978-ORL-41LRH (hereinafter the "Data Protection action"), and states as follows:

1.      On May 24, 2019, the Data Protection action was filed by the Plaintiff, captioned as Data Protection Services, LLC, d/b/a TorGuard ("TorGuard") against the same Defendants in this action, Collective 7, Inc. and Tefincom, S.A. d/b/a NordVPN. TorGuard twice amended the Complaint in an effort to resolve its pleading deficiencies.

2.      On June 18, 2019, Defendant NordVPN filed a Motion for Admission *Pro Hac Vice* of Cheryl Priest Ainsworth, and submitted Ms. Ainsworth's signed Special Admission Attorney Certification along with the $150.00 fee for *Pro Hac Vice* Admission (see Composite Exhibit A).

3.     The following day, on June 19, 2019, Judge Mendoza dismissed the Data Protection litigation without prejudice for failure to allege subject matter jurisdiction, specifically as to the citizenship of the Plaintiff.  See Exhibit B. At the time, the Motion for Admission *Pro Hac Vice* of Cheryl Priest Ainsworth was pending and the fee was paid.

4.     On June 26, 2019, the Complaint in the instant action was filed. Now VPNetworks has brought the same causes of action, alleging it does business as TorGuard, against the same Defendants (Collective 7, Inc. and Tefincom S.A. d/b/a NordVPN).

5.     In this case, as in the last, the undersigned is local counsel and Ms. Ainsworth will be defending the action as one of NordVPN's attorneys. Because the motion and fee were paid to the Court for Ms. Ainsworth to be admitted *Pro Hac Vice*, but she was never formally admitted, NordVPN requests that the Court grant the prior filed motion (which is attached), and waive the payment of a second admission fee, as it was previously paid the day before the prior action was dismissed.

### LOCAL RULE CERTIFICATION

The undersigned certifies that pursuant to Local Rule 3.01(g), counsel for Defendant NordVPN has conferred with counsel for Plaintiff concerning the relief requested in this motion and has been advised that Plaintiff does not oppose the relief sought in this Motion.

Respectfully submitted July 3, 2019

*/s/Ryan T. Santurri*
Ryan T. Santurri
Florida Bar No. 15698
rsanturri@allendyer.com
ALLEN, DYER, DOPPELT
 & GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Orlando, FL 32801
Telephone: (407) 841-2330
Facsimile: (407) 841-2343
Attorneys for Defendant,
Tefincom S.A. d/b/a NordVPN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 3, 2019, I electronically filed the foregoing using the Management/Electronic Case Filing ("CM/ECF") system, which will send a Notice of Electronic Filing to the following CM/ECF participants:

Adam C. Losey, Esq.
Karen L. Middlekauff, Esq.
Losey PLLC
1420 Edgewater Drive
Orlando, FL 32804-6353
alosey@losey.law
kmiddlekauff@losey.law

*/s/Ryan T. Santurri*
Ryan T. Santurri