# Composite Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DATA PROTECTION SERVICES, LLC
D/B/A TORGUARD,

    Plaintiff,

vs.                                             Case No:   6:19-cv-978-ORL-41LRH

COLLECTIVE 7, INC., and TEFINCOM S.A.
D/B/A NORDVPN,

    Defendants.
_____/

**MOTION FOR ADMISSION *PRO HAC VICE*
BY OUT-OF-STATE COUNSEL CHERYL PRIEST AINSWORTH**

COMES NOW Defendant, Tefincom S.A. d/b/a NordVPN ("NordVPN"), and moves this Court for *Pro Hac Vice* admission of out-of-state counsel, Cheryl Priest Ainsworth, and in support thereof would respectfully show the Court as follows:

1.    Applicant's business address is:

    THEODORA ORINGHER PC
    535 Anton Boulevard, Ninth Floor
    Costa Mesa, CA 92626-7109
    Telephone: 714-549-6200
    Facsimile:  714-549-6201

2.    Applicant was admitted to practice in the State of California on May 27, 2008.

3.    Applicant is a member in good standing of the Bar of California.

4.    Applicant was admitted to practice in the State of Florida on September 29, 2004 and has since become inactive.

5.    Applicant is an inactive member of the Florida Bar in good standing.

6. Applicant was admitted to practice in the U.S. District Court for the Central District of California on October 9, 2009, and is otherwise eligible to practice before this Court.

7. Applicant is not currently suspended or disbarred in any other Court.

8. There are no pending grievances or other criminal matters pending against Applicant.

9. Applicant represents Defendant Tefincom S.A., d/b/a/ NordVPN.

10. Within the last twelve (12) month period, Applicant has read and will comply with the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

11. Pursuant to Local Rule 2.02 and Rule 1-3.10 of the Rules Regulating the Florida Bar; *Florida Rules of Judicial Administration*, 907 So.2d 1138, 1142-43 (Fla. 2005), Applicant has not made appearances in separate cases in the State of Florida to such a degree as to constitute the maintenance of a regular practice of law in Florida.

## DESIGNATION AND CONSENT TO ACT

COMES NOW the undersigned, as non-resident attorney representing Defendant, Tefincom S.A., d/b/a NordVPN, and files this Designation and Consent to Act in compliance with Local Rule 2.02(a)(1) of this Court, as follows:

Papers and notices in this cause may be served upon:

> Ryan T. Santurri, Florida Bar No. 15698
> rsanturri@allendyer.com
> ALLEN, DYER, DOPPELT & GILCHRIST, P.A.
> 255 South Orange Ave., Suite 1401
> Post Office Box 3791
> Orlando, FL 32802-3791
> Telephone: (407) 841-2330
> Facsimile: (407) 841-2343

Mr. Santurri and his law firm will be responsible for the progress of the matter in default of the undersigned.

Respectfully submitted June 18, 2019.

/s/ *Cheryl Priest Ainsworth*
Cheryl Priest Ainsworth
California Bar No. 255824
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, CA 92626-7109
Telephone: 714-549-6200
Facsimile: 714-549-6201
cainsworth@tocounsel.com

### CONSENT TO DESIGNATION

I HEREBY CONSENT to the foregoing designation.

By: /s/ *Ryan T. Santurri*
Ryan T. Santurri
Florida Bar No. 15698

### LOCAL RULE CERTIFICATIONS

The undersigned certificates that out-of-state counsel will comply with the email registration requirements pursuant to Rule 2.01(d).

The undersigned certifies that the fees required for Special Admission to Practice in the Middle District of Florida pursuant to Rule 2.02(a)(1) have been delivered to the Clerk of Court, along with the executed Special Admission Attorney Certification form.

The undersigned certifies that pursuant to Local Rule 3.01(g), counsel for Defendant NordVPN has conferred with counsel for Plaintiff concerning the relief requested in this motion and has been advised that Plaintiff does not oppose the relief sought in this Motion.

WHEREFORE, Defendant, NordVPN respectfully requests that the Court grant the Motion for Admission *Pro Hac Vice,* and such other and further relief as the Court deems just and proper.

Respectfully submitted June 18, 2019.

                                               */s/Ryan T. Santurri*
                                               Ryan T. Santurri
                                               Florida Bar No. 15698
                                               rsanturri@allendyer.com
                                               ALLEN, DYER, DOPPELT
                                                & GILCHRIST, P.A.
                                               255 South Orange Avenue, Suite 1401
                                               Orlando, FL 32801
                                               Telephone: (407) 841-2330
                                               Facsimile: (407) 841-2343
                                               Attorneys for Defendant,
                                               Tefincom S.A. d/b/a NordVPN

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 18, 2019, I electronically filed the foregoing using the Management/Electronic Case Filing ("CM/ECF") system, which will send a Notice of Electronic Filing to the following CM/ECF participants:

| | |
|---|---|
| Adam C. Losey, Esq. | Geoffrey M. Cahen, Esq. |
| Karen L. Middlekauff, Esq. | Cahen Law P.A. |
| Losey PLLC | 1900 Glades Road, Suite 270 |
| 1420 Edgewater Drive | Boca Raton, FL 33431 |
| Orlando, FL 32804-6353 | geoff@cahenlaw.com |
| alosey@losey.law | |
| kmiddlekauff@losey.law | |

                                               */s/Ryan T. Santurri*
                                               Ryan T. Santurri

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

SPECIAL ADMISSION
ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

---

DATA PROTECTION SERVICES, LLC

D/B/A TORGUARD,
Plaintiff(s)/Petitioner(s),

v.                                                                 CASE NO. 6:19-cv-978-ORL-41LRH

COLLECTIVE 7, INC., and

TEFINCOM S.A. d/b/a NORDVPN
Defendant(s)/Respondent(s)

_____/

I, Cheryl Priest Ainsworth _____ (pro hac vice counsel), hereby submit this attorney certification form to the Court on behalf of Defendant, Tefincom S.A. d/b/a NordVPN _____ (party represented).

---

**ATTORNEY INFORMATION**

Firm Name: THEODORA ORINGHER PC

Address: 535 Anton Boulevard, Ninth Floor

City: Costa Mesa                State: CA                Zip: 92626 - 7109

Firm/Business Phone: 714-549-6200        Alternate Phone: ___-___

Firm/Business Fax: 714-549-6201

E-mail Address: cainsworth@tocounsel.com

---

**ATTORNEY CERTIFICATION**

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. **NOTE:** If proceedings ARE pending at this time, please explain at the bottom or back of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_____        6/17/2019
Signature                                                 Date

## CASE MANAGEMENT / ELECTRONIC CASE FILING (CM/ECF)

To obtain a login and password necessary to participate in the Middle District of Florida's Case Management / Electronic Case Filing (CM/ECF) system, please check our web page at www.flmd.uscourts.gov.

## ATTORNEY SPECIAL ADMISSION FEE

Attorneys specially admitted to practice in the Middle District of Florida under the conditions prescribed in Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, or Rule 2090-1(c)(1) of the Local Bankruptcy Rules for the Middle District of Florida, are required to pay to the Clerk a fee of $150.00 per case. The special admission fee is due with this attorney certification. Payment should be in U.S. currency and checks must be drawn on a U.S. bank. Please make checks payable to "Clerk, U.S. District Court."

Providing the Court with an attorney certification form and the $150.00 Special Admission Fee, **DOES NOT** satisfy the requirements of Rule 2.02, Local Rules for the Middle District of Florida.

**Mary Leavy**

---

| | |
|---|---|
| **From:** | cmecf_flmd_notification@flmd.uscourts.gov |
| **Sent:** | Wednesday, June 19, 2019 10:32 AM |
| **To:** | cmecf_flmd_notices@flmd.uscourts.gov |
| **Subject:** | Activity in Case 6:19-cv-00978-CEM-LRH Data Protection Services LLC v. Tefincom S.A. et al Pro Hac Vice Fees paid |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 6/19/2019 at 10:32 AM EDT and filed on 6/19/2019
**Case Name:**        Data Protection Services LLC v. Tefincom S.A. et al
**Case Number:**      [6:19-cv-00978-CEM-LRH](#)
**Filer:**            Tefincom S.A.
**Document Number:** No document attached

**Docket Text:**
**\*\*\*PRO HAC VICE FEES paid by attorney Cheryl Priest Ainsworth, appearing on behalf of Tefincom S.A. (Filing fee $150 receipt number ORL083432.) Related document: [24] MOTION for Cheryl Priest Ainsworth to appear pro hac vice. (JP)**


**6:19-cv-00978-CEM-LRH Notice has been electronically mailed to:**

Cheryl Priest Ainsworth     cainsworth@tocounsel.com, lois.floyd@hklaw.com

Ryan Thomas Santurri     rsanturri@allendyer.com, clerk@allendyer.com, mleavy@allendyer.com, shotz@allendyer.com

Geoffrey M. Cahen     geoff@cahenlaw.com, bocalegalasst@gmail.com, legalassistfl@gmail.com

Adam Colby Losey     alosey@losey.law, docketing@losey.law

Karen L. Middlekauff     kmiddlekauff@losey.law, docketing@losey.law

**6:19-cv-00978-CEM-LRH Notice has been delivered by other means to:**

```
DUPLICATE

Court Name: Florida Middle District
Division: 6
Receipt Number: ORL083432
Cashier ID: jpaniagu
Transaction Date: 06/19/2019
Payer Name: Cheryl Priest Ainsworth

PRO HOC VICE
 For: Cheryl Priest Ainsworth
 Case/Party: D-FLM-9-99-PV-000001-001
 Amount:         $150.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 12198
 Amt Tendered: $150.00

Total Due:      $150.00
Total Tendered: $150.00
Change Amt:     $0.00

19cv978


Payments by check/money order will
result in a one-time electronic
debit from your account. Funds may
be withdrawn within 24 hours. If
there are insufficient funds, we
will impose a $53.00 fee.
```