UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VPNETWORKS, LLC D/B/A TORGUARD,

    Plaintiff,

    vs.

COLLECTIVE 7, INC., and TEFINCOM S.A. D/B/A NORDVPN,

    Defendants.

_____/

CASE NO: 6:19-cv-01179

## NOTICE OF PENDENCY OF OTHER ACTIONS

COMES NOW, Plaintiff, VPNETWORKS, d/b/a TorGuard, in accordance with Local Rule 1.04(c), certifies that the instant action:

__X___ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: _Data Protection Services, LLC v. Collective 7, Inc. and Tefincom, S.A. d/b/a NordVPN,_ 6:19-cv-978 (M.D. Fla., Orlando Division)

_____ IS NOT     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: July 15, 2019            Respectfully submitted,

                                          **ADAM C. LOSEY, ESQ. (FBN 69658)**
                                          Primary Email: alosey@losey.law
                                          Secondary Email: docketing@losey.law
                                          **KAREN L. MIDDLEKAUFF, ESQ. (FBN 99884)**
                                          Primary Email: kmiddlekauff@losey.law
                                          Secondary Email: docketing@losey.law

LOSEY PLLC<br>
1420 Edgewater Drive<br>
Orlando, Florida 32804<br>
Phone:  407.906.1605<br>
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2019 the foregoing document was filed electronically with the Clerk of Court using CM/ECF, causing a copy to be served on all counsel of record, pursuant to the attached service list.

Dated:  July 15, 2019

**ADAM C. LOSEY, ESQ. (FBN 69658)**
Primary Email: alosey@losey.law
Secondary Email:  docketing@losey.law
**KAREN L. MIDDLEKAUFF, ESQ. (FBN 99884)**
Primary Email: kmiddlekauff@losey.law
Secondary Email: docketing@losey.law
**LOSEY PLLC**
1420 Edgewater Drive
Orlando, Florida 32804
Phone:  407.906.1605
*Counsel for Plaintiff*

## SERVICE LIST

**Tefincom S.A. d/b/a NordVPN**

Ryan Santurri, Esq.
Allen Dyer Dopplet + Gilchrist, PA
255 S. Orange Avenue
Suite 1401
Orlando, Florida 32801
Facsimile:  407.841.2343
rsanturri@allendyer.com

Cheryl Priest Ainsworth, Esq.
Theodora Oringher PC
535 Anton Blvd.
Ninth Floor
Costa Mesa, California 92626
Facsimile:  714.549.6201
cainsworth@tocounsel.com

*Counsel for Defendant,
Tefincom S.A. d/b/a NordVPN*

*By CM/ECF only*


**Collective 7, Inc.**

Geoffrey Cahen
1900 Glades Road
Suite 270
Boca Raton, Florida 33431
geoff@cahenlaw.com

*Counsel for Defendant, Collective 7, Inc.*

*By CM/ECF only*