IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VPNETWORKS, LLC
D/B/A TORGUARD,

      Plaintiff,

vs.                                      Case No: 6:19-cv-01179-PGB-LRH

COLLECTIVE 7, INC., and TEFINCOM S.A.
D/B/A NORDVPN,

      Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATION DISCLOSURE STATEMENT**

      I hereby disclose the following pursuant to this Court's interested persons order:

      1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

      **Response:** Defendant Tefincom S.A., which is a private corporation incorporated under the laws of Panama, and which is 100% owned by Stichting Raveset, a legal entity established under the laws of the Netherlands. No publicly held corporation owns 10% or more of either Tefincom S.A. or Stichting Raveset.

      Counsel for Tefincom S.A., including Ryan T. Santurri of Allen, Dyer, Doppelt & Gilchrist, P.A., 255 South Orange Ave., Suite 1401, Orlando FL 32801; Jeff Reeves and Cheryl Priest Ainsworth of Theodora Oringher, P.C., 535 Anton Blvd., Ninth Floor, Costa Mesa, CA 92626.

      2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      **Response:** None.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**Response:** None.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Response:** Defendant denies that Plaintiff is any alleged victim; otherwise, none.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted July 19, 2019

/s/Ryan T. Santurri
Ryan T. Santurri
Florida Bar No. 15698
rsanturri@allendyer.com
ALLEN, DYER, DOPPELT
 & GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Orlando, FL 32801
Telephone: (407) 841-2330
Facsimile: (407) 841-2343
Attorneys for Defendant,
Tefincom S.A. d/b/a NordVPN

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on July 19, 2019, I electronically filed the foregoing using the Management/Electronic Case Filing ("CM/ECF") system, which will send a Notice of Electronic Filing to the following CM/ECF participants:

Adam C. Losey, Esq.
Karen L. Middlekauff, Esq.
Losey PLLC
1420 Edgewater Drive
Orlando, FL 32804-6353
alosey@losey.law
kmiddlekauff@losey.law

               */s/Ryan T. Santurri*
               Ryan T. Santurri