**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

VPNETWORKS, LLC
D/B/A TORGUARD,                                              CASE NO.: 6:19-cv-01179

        Plaintiff,

  v.

COLLECTIVE 7, INC., and TEFINCOM S.A.
D/B/A NORDVPN,

        Defendants.
_____/

**DEFENDANT COLLECTIVE 7, INC.'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

Defendant COLLECTIVE 7, INC. ("C7"), by and through its undersigned counsel, moves for an extension of time to submit its responses to Plaintiff's discovery requests, and states:

1. On or about August 5, 2019, Plaintiff served document requests, interrogatories and requests for admissions upon C7 (the "Discovery Requests").

2. From August 5, 2019 through a September 4, 2019, the undersigned devoted a substantial amount of his time to a Broward County matter that has resolved.

3. On September 6, 2019, the undersigned attended a Court hearing in Miami and then went out of town for the weekend. The undersigned returned early on September 9, 2019 and attended a court hearing and settlement conference both in Broward County.

4. Due to the press of the aforementioned matters and many others, C7 sought a two week extension of time to respond to the Discovery Requests.

5. Through email correspondence, Plaintiff appeared amenable to extend C7's response date through September 10, 2019.

6. During a good faith phone conference on the proposed extension, Plaintiff's counsel advised that there was no extension to which it would agree.

7. Given that C7's motion to dismiss [DE-20] remains pending and the discovery deadline is August 3, 2020 [DE-27], there is no prejudice to Plaintiff if the request for an extension is granted.

WHEREFORE, C7 respectfully requests that the Court grant it a two week extension of time within which to respond to the Discovery Requests, and such other relief as is just and proper.

## STATEMENT OF COMPLIANCE WITH LOCAL RULE 3.01(g)

The undersigned conferred in good faith with counsel for Plaintiff, David Meek, Esq., concerning the relief sought in this motion and Plaintiff does not agree to the relief sought.

DATED: September 9, 2019
Boca Raton, FL

DATED: September 9, 2019   *s/ Geoffrey M. Cahen*
Geoffrey M. Cahen
Fla. Bar No. 001339
CAHEN LAW, P.A.
1900 Glades Road, Suite 270
Boca Raton, FL 33432
Telephone: (561) 922-0430
E-Mail: geoff@cahenlaw.com

*Attorney for Defendant Collective 7, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2019 a true and correct copy of the foregoing has been filed and served via cm/ecf to the parties on the below service list.

/s/ *Geoffrey M. Cahen*
Geoffrey M. Cahen

| | |
|---|---|
| ADAM C. LOSEY, ESQ.<br>Primary Email: alosey@losey.law<br>KAREN L. MIDDLEKAUFF, ESQ.<br>Primary Email: kmiddlekauff@losey.law<br>LOSEY PLLC<br>1420 Edgewater Drive<br>Orlando, Florida 32804<br>Phone: 407.906.1605<br><br>*Counsel for Plaintiff* | RYAN THOMAS SANTURRI, ESQ.<br>Email:  rsanturri@allendyer.com<br><br><br>ALLEN, DYER, DOPPELT & GILCHRIST<br>255 S. Orange Ave., #1401<br>Orlando, Florida  32801<br>Phone: 407.841.2330<br><br>*Counsel for Defendant TEFINCOM S.A. D/B/A NORDVPN* |