UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VPNETWORKS, LLC
D/B/A TORGUARD,

      Plaintiff,                    Case No: 6:19-cv-01179-ORL-40LRH

vs.

COLLECTIVE 7, INC.; TEFINCOM S.A.
D/B/A NORDVPN; TOMAS OKMANAS,
individually; and SHIV GAUTAM, individually;

      Defendants.
_____/

## SEVENTH JOINT ARBITRATION STATUS REPORT

Plaintiff, VPNetworks, LLC, d/b/a TorGuard ("TorGuard"), and Defendants, COLLECTIVE 7, INC. ("Collective 7"), TEFINCOM S.A. D/B/A NORDVPN ("NordVPN"), TOMAS OKMANAS ("Okmanas"), individually, and SHIV GAUTAM ("Gautam"), individually, file this Seventh Joint Arbitration Status Report pursuant to the Court's February 28, 2020 Order compelling arbitration, and state as follows:

      1.      On June 26, 2019, TorGuard filed a complaint against Defendants Collective 7 and NordVPN.  Doc. 1.

1

2. On October 10, 2019, NordVPN filed a motion to compel arbitration. Doc. 35.

3. On February 20, 2020, NordVPN filed an amended complaint, adding Okmanas and Gautam as Defendants. Doc. 55.

4. On February 28, 2020, the Court entered an order compelling arbitration, staying the case pending arbitration, and directing the parties to file a joint report on the status of arbitration on April 28, 2020. Doc. 62. The Court subsequently entered an endorsed order directing the clerk to administratively close the case. Doc. 63.

5. On March 26, 2020, TorGuard filed a motion to reopen case and for reconsideration of the Court's order compelling arbitration and staying the case. Doc. 65.

6. The Court denied the Motion for Reconsideration on June 10, 2020.

7. On October 6, 2020, TorGuard filed its Demand for Arbitration against NordVPN, Okmanas, and Gautam.

8. On or about December 12, 2020, NordVPN filed a counterclaim, in response to which TorGuard filed a motion to dismiss.

9. On January 29, 2021, the American Arbitration Association appointed a panel of three arbitrators to hear this matter.

10. As of the date of this Seventh Joint Arbitration Status Report, the panel of arbitrators has entered its third Procedural Order and has scheduled the final evidentiary hearing in this matter to take place on January 24, 2022.[1]

Dated: June 21, 2021

Respectfully Submitted,

*（signature）*

**David A. Meek II, Esq.**
Florida Bar No. 59314
Primary: dmeek@losey.law
Secondary: docketing@losey.law
**Adam C. Losey, Esq.**
Florida Bar No. 69658
Primary: alosey@losey.law
**Robert J. Rubin Florida**
Bar No. 113393
Primary: rrubin@losey.law
**Losey, PLLC**
1420 Edgewater Dr.
Orlando, FL 32804
Telephone: (407) 491-4842
*Attorneys for Plaintiff*

/s/ Geoffrey M. Cahen
Geoffrey M. Cahen
Fla. Bar No. 0013319
Ruth A. Weiss
Fla. Bar No. 641286
CAHEN LAW, P.A.
1900 Glades Road, Suite 270
Boca Raton, Florida 33431
Telephone: (561) 922-0430
Fax: (561) 353-5455
E-Mail: geoff@cahenlaw.com
bocalegalasstfl@gmail.com
rawesq@comcast.net
*Attorneys for Defendant Collective 7, Inc.*

---

[1] Collective 7 is not a party to the arbitration, and, as such, is relying on the other parties to accurately describe the status of the arbitration.

3

| | |
|---|---|
| /s/ Thomas McDermott | /s/ Bradley R. Johnson |
| Thomas McDermott, Esq. | Bradley R. Johnson, Esq. |
| Florida Bar No. 108906 | Florida Bar No. 709425 |
| 901 NW 8th Avenue | Michael R. Freed |
| Suite B17 | Florida Bar No. 69205 |
| Gainesville, FL 32601 | Preethi Sekharan |
| mcdermott.lawyer@gmail.com | Florida Bar No. 813591 |
| *Attorney for Defendant Shivom Gautam* | Pierce N. Giboney |
| | Florida Bar No. 124704 |
| | GUNSTER YOAKLEY & STEWART, P.A. |
| | 225 Water Street, Suite 1750, |
| | Jacksonville, Florida 32202 |
| | (P): (904) 353-1980 |
| | (F): (904)-354-2170 |
| | Email: bjohnson@gunster.com |
| | Email: mfreed@gunster.com |
| | Email: psekharan@gunster.com |
| | Email: pgiboney@gunster.com |
| | Email: yarnold@gunster.com |
| | *Counsel for Tefincom S.A.* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 21, 2021 a true and correct copy of the foregoing was served by the Court's CM/ECF system which will cause a copy to be served on all counsel of record.

/s/ David A. Meek II

**David A. Meek II, Esq.**
Florida Bar No. 59314
Primary: dmeek@losey.law
Secondary: docketing@losey.law
**Adam C. Losey, Esq.**
Florida Bar No. 69658
Primary: alosey@losey.law
**Robert J. Rubin Florida**
Bar No. 113393
Primary: rrubin@losey.law
**Losey, PLLC**
1420 Edgewater Dr.
Orlando, FL 32804
Telephone: (407) 491-4842
Attorneys for Plaintiff